ACCEPTED
15-25-00107-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/7/2026 8:12 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00107-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/7/2026 8:12:54 AM
CHRISTOPHER A. PRINE
Clerk

In the Fifteenth District Court of Appeals, Austin, Texas

TEXAS DEPARTMENT OF INSURANCE AND CASSIE BROWN, IN HER CAPACITY
AS COMMISSIONER OF THE TEXAS DEPARTMENT OF INSURANCE,
*Appellants,*
V.

TEXAS LAND TITLE ASSOCIATION,
*Appellee.*

On Appeal from the 345th District Court of Travis County, Texas
The Honorable Daniella DeSeta Lyttle, Presiding

## UNOPPOSED MOTION TO DISMISS THE APPEAL

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law
Division

ROSALIND L. HUNT
State Bar No. 24067108
Assistant Attorney Generals
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4166
Facsimile: (512) 320-0167
Rosalind.Hunt@oag.texas.gov

ATTORNEYS FOR APPELLANTS
TEXAS DEPARTMENT OF INSURANCE AND
COMMISSIONER CASSIE BROWN

## UNOPPOSED MOTION TO DISMISS THE APPEAL

Appellants, the Texas Department of Insurance and Commissioner Cassie Brown (collectively TDI), file this unopposed motion to dismiss the appeal pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure.

Appellants filed this accelerated appeal on June 20, 2025, to appeal two orders of Judge Daniella DeSeta Lyttle, sitting in the 261st Judicial District Court, Travis County, Texas, cause number D-1-GN-25-001663. Appellee Texas Land Title Association's (TLTA) brief is due to this Court on January 9, 2026. However, on December 23, 2025, Appellee TLTA nonsuited the underlying district court case. *See* attached Notice of Nonsuit. TLTA submitted a proposed order of nonsuit to the district court on the same day, and the parties anticipate the underlying case will be dismissed shortly. TDI believes the nonsuit moots the controversy in this appeal and now requests that the Court dismiss the appeal. TLTA is not opposed to this motion.

## PRAYER

Appellant TDI respectfully asks the Court to grant this Unopposed Motion to Dismiss the Appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Rosalind L. Hunt*
ROSALIND L. HUNT
State Bar No. 24067108
Assistant Attorney Generals
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4166
Facsimile: (512) 320-0167
Rosalind.Hunt@oag.texas.gov

ATTORNEYS FOR APPELLANTS
TEXAS DEPARTMENT OF INSURANCE AND
COMMISSIONER CASSIE BROWN

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 22–23, 2025, the undersigned counsel for Appellants conferred with counsel for Appellee and Appellee is not opposed to the filing of this motion.

*/s/ Rosalind L. Hunt*_____
ROSALIND L. HUNT
ATTORNEY FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served the attorneys of record via e-service and/or electronic transmission on January 7, 2026.

*/s/ Rosalind L. Hunt*_____
ROSALIND L. HUNT
ATTORNEY FOR APPELLANTS

12/23/2025 4:21 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-25-001663
Stefany Vega juarez

**CAUSE NO. D-1-GN-25-001663**

| | | |
|---|---|---|
| **TEXAS LAND TITLE ASSOCIATION,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **TRAVIS COUNTY, TEXAS** |
| **TEXAS DEPARTMENT OF** | § | |
| **INSURANCE and CASSIE BROWN, IN** | § | |
| **HER CAPACITY AS COMMISSIONER** | § | |
| **OF THE TEXAS DEPARTMENT OF** | § | |
| **INSURANCE** | § | |
| | § | |
| *Defendants.* | § | **345th JUDICIAL DISTRICT** |

## PLAINTIFF'S NOTICE OF NONSUIT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Texas Land Title Association, Plaintiff in the above captioned matter, and files this Notice of Nonsuit as to Defendants Texas Department of Insurance and Cassie Brown, in her capacity as Commissioner of the Texas Department of Insurance and would respectfully show the Court as follows:

**I.**

Plaintiff, Texas Land Title Association, no longer wishes to pursue its claims against Defendants Texas Department of Insurance and Cassie Brown, in her capacity as Commissioner of the Texas Department of Insurance. Plaintiff respectfully requests that an Order be entered dismissing all claims which were asserted against Defendants Texas Department of Insurance and Cassie Brown, in her capacity as Commissioner of the Texas Department of Insurance in this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Texas Land Title Association respectfully prays that the Court enter an Order dismissing all claims which were asserted against Defendants Texas Department of Insurance and Cassie Brown, in her capacity as Commissioner of the Texas Department of Insurance and for all other relief to which it may show itself justly entitled. Plaintiff further moves that costs of court be assessed against the party incurring same, and each party will bear their own attorneys' fees.

Respectfully submitted,

By */s/ Ray Chester*
Ray C. Chester
State Bar No. 04189065
Andrew M. Edge
State Bar No. 24071446
McGinnis Lochridge LLP
1111 W. 6th Street, Bldg. B, Suite 400
Austin, Texas 78703
(512) 495-6000
(512) 495-6093 (Fax)
rchester@mcginnislaw.com
aedge@mcginnislaw.com

***ATTORNEYS FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

By my signature below, I hereby certify that the foregoing Notice of Nonsuit was served on all parties and counsel of record through the Texas E-filing System service on this the 23rd day of December, 2025.

*/s/ Ray Chester*
Ray Chester

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kim McBride on behalf of Ray Chester
Bar No. 04189065
kmcbride@mcginnislaw.com
Envelope ID: 109428021
Filing Code Description: FINAL OR PARTIAL DISPOSITION ORDER
Filing Description: PLAINTIFF'S NOTICE OF NONSUIT
Status as of 12/31/2025 12:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Andrew MEdge | | aedge@mcginnislaw.com | 12/23/2025 4:21:05 PM | SENT |
| Ray Chester | | rchester@mcginnislaw.com | 12/23/2025 4:21:05 PM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 12/23/2025 4:21:05 PM | SENT |

Associated Case Party: TEXAS DEPARTMENT OF INSURANCE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 12/23/2025 4:21:05 PM | SENT |
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 12/23/2025 4:21:05 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 12/23/2025 4:21:05 PM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 12/23/2025 4:21:05 PM | ERROR |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rosalind Hunt on behalf of Rosalind Hunt
Bar No. 24067108
rosalind.hunt@oag.texas.gov
Envelope ID: 109739740
Filing Code Description: Motion
Filing Description: TDIs Unopposed Motion to Dismiss_FINAL
Status as of 1/7/2026 8:39 AM CST

Associated Case Party: Texas Land Title Association

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kim McBride | | kmcbride@mcginnislaw.com | 1/7/2026 8:12:54 AM | SENT |

Associated Case Party: Texas Department of Insurance

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 1/7/2026 8:12:54 AM | SENT |
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 1/7/2026 8:12:54 AM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 1/7/2026 8:12:54 AM | SENT |
| John Grey | | John.Grey@oag.texas.gov | 1/7/2026 8:12:54 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ray Chester | | rchester@mcginnislaw.com | 1/7/2026 8:12:54 AM | SENT |
| Drew Edge | | aedge@mcginnislaw.com | 1/7/2026 8:12:54 AM | SENT |